USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINEO-JONES,

          **Plaintiff,**

-against-

THE TJX COMPANIES, INC.,

          **Defendant.**

**24-cv-04606 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of this action by **July 10, 2024.**

**SO ORDERED.**

Dated:    July 1, 2024
            New York, New York

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**